UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                Plaintiff,

against

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's requested extension of time until **November 27, 2020** to serve the Second Amended Complaint is GRANTED. (ECF No. 60). Plaintiff shall file proof of service by that date.

Dated:    New York, New York
            November 13, 2020

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**