UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, April 22, 2021, the Court sets the following briefing schedule for Defendants' partial motion to dismiss (the "Motion") the Second Amended Complaint (the "SAC"):

1. **By May 24, 2021**, Defendants shall file their Motion;

2. **By June 21, 2021**, Plaintiff shall file his opposition; and

3. **By July 6, 2021**, Defendants shall their reply, if any.

Defendants may file a memorandum of law of up to 30 pages in support of their Motion. Plaintiff may file a memorandum of law of up to 30 pages in opposition to the Motion. Defendants' reply brief, if any, may be up to 15 pages.

The deadline for any non-moving defendant to respond to the SAC is held in abeyance pending the Court's Report and Recommendation on the Motion.

Dated:      New York, New York
             April 22, 2021

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**