

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**JAMES E. JOHNSON**
*Corporation Counsel*

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

May 21, 2021

*Via ECF*

The Honorable Sarah L. Cave
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:  <u>De'Bey v. City of New York, *et al.*</u>, Case No. 20 CV 1034 (PGG)(SLC)

Dear Magistrate Judge Cave:

        I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, James E. Johnson, attorney for the Defendant City of New York ("the City"),[1] Mubanga Nsofu, Marsha Weekes, Stephanie Eiel, Officer Castellano, and Conrad Seivwright (collectively, "Defendants") in the above-referenced action. I write, with Plaintiff's consent, to respectfully request a brief 8-day extension of the parties' briefing schedule on Defendants' forthcoming partial motion to dismiss.[2]

        At the parties' April 22, 2021 conference with the Court, the parties' agreed to a briefing schedule as follows:

- By May 24, 2021, Defendants shall file their Motion;

- By June 21, 2021, Plaintiff shall file his opposition; and

---

[1] The City is also sued herein as the "Administration for Children's Services."

[2] An 8-day extension accommodates the intervening holiday of Memorial Day.

- By July 6, 2021, Defendants shall their reply, if any.

An 8-day extension of the briefing schedule would adjust the schedule as follows:

> - By June 1, 2021, Defendants shall file their Motion;
> - By June 29, 2021, Plaintiff shall file his opposition; and
> - By July 14, 2021, Defendants shall their reply, if any.

I respectfully request this brief extension because, upon returning from a vacation, a number of pressing professional matters have prevented me from finalizing the Defendants' motion and completing the necessary internal steps before filing the motion with the Court.

This is the Defendants' first request for an extension of the motion to dismiss the briefing schedule. Plaintiff has graciously consented to this request.

Thank you for your consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer

cc: *Via ECF*
John De'Bey
74 W 92nd Street
#17D
New York, NY 10025
*Plaintiff pro se*

> Defendants' request for an extension of time to file their partial motion to dismiss (ECF No. 90) is GRANTED and the proposed briefing schedule is ADOPTED. Defendants shall file their motion by **June 1, 2021**. Plaintiff shall file his opposition by **June 29, 2021**. Defendants shall file their reply, if any, by **July 14, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 90 and to mail a copy of this order to Plaintiff at the address below.
>
> SO ORDERED    5/24/2021
>
> Mail to:
> John De'Bey
> 74 W 92nd Street
> #17D
> New York, New York 10025
>
> SARAH L. CAVE
> United States Magistrate Judge