UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DE'BEY,<br><br>                  Plaintiff,<br><br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                  Defendants. | CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)<br><br>**SEALING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The Letter-Motion at ECF No. 92 to file the documents at ECF No. 95 under seal is **GRANTED**. The documents at ECF No. 95 shall remain as only visible to the selected parties.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 92.

Dated:     New York, New York
            June 7, 2021                                           SO ORDERED.

                                                                     _____
                                                                       SARAH L. CAVE
                                                                       United States Magistrate Judge