UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

              Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

              Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**AMENDED
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

For the reasons stated in their letter at ECF No. 116, Defendants' request to convert the settlement conference scheduled for Friday, April 8, 2022 at 10:00 am to a telephone status conference is GRANTED. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The Court will address Defendants' request for a stay of discovery at the conference.

The Clerk of Court is respectfully directed to convert the April 8 settlement conference to a telephone conference, and to close ECF No. 116.

Dated:     New York, New York
            April 1, 2022

SO ORDERED.

_____
**SARAH L. CAVE
United States Magistrate Judge**