UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DE'BEY,<br><br>                              Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC) |
| JOHN DE'BEY,<br><br>                              Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 22 Civ. 1580 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the status conference held today, April 8, 2022, in the related matters De'Bey v. City of New York, et al., 20 Civ. 1034 (PGG) (SLC) ("De'Bey I") and De'Bey v. City of New York, et al., 22 Civ. 1580 (PGG) (SLC) ("De'Bey II"), the Court orders as follows:

1. By **April 22, 2022**, the New York City Law Department shall file a status letter (the "Status Letter") regarding its compliance with the Order of Service entered in De'Bey II (see 22 Civ. 1580, ECF No. 3) and an update as to its representation of any Defendants in that matter. The Status Letter shall be filed in both De'Bey I and De'Bey II;

2. Pending the Court's receipt of the Status Letter:

    a. All discovery deadlines in De'Bey I (see 20 Civ. 1034, ECF No. 111) are HELD IN ABEYANCE;

    b. The deadlines for all Defendants to respond to the Second Amended Complaint in De'Bey I (20 Civ. 1034, ECF No. 62) and the Complaint in De'Bey II (22 Civ. 1580, ECF No. 1) are HELD IN ABEYANCE; and

3. The parties in De'Bey I may serve document subpoenas on the New York City Housing Authority, Metropolitan Hospital Center, and Beverly Mack Harry Consulting Services for copies of the documents discussed at today's status conference.

Dated:    New York, New York
            April 8, 2022

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**