UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DE'BEY,<br><br>                              Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC) |
| JOHN DE'BEY,<br><br>                              Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 22 Civ. 1580 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The requested extension filed in the related matters De'Bey v. City of New York, et al., 20 Civ. 1034 (PGG) (SLC) ("De'Bey I") (ECF No. 122) and De'Bey v. City of New York, et al., 22 Civ. 1580 (PGG) (SLC) ("De'Bey II") (ECF No. 13) is GRANTED, and the Court orders as follows:

1. By **May 20, 2022**, the New York City Law Department shall file a further status letter (the "Status Letter") regarding its compliance with the Order of Service entered in De'Bey II (see 22 Civ. 1580, ECF No. 3) and an update as to its representation of any Defendants in that matter. The Status Letter shall be filed in both De'Bey I and De'Bey II;

2. Pending the Court's receipt of the Status Letter, all

    a. All discovery deadlines in De'Bey I (see 20 Civ. 1034, ECF No. 111) remain HELD IN ABEYANCE; and

b. The deadlines for all Defendants to respond to the Second Amended Complaint in De'Bey I (20 Civ. 1034, ECF No. 62) and the Complaint in De'Bey II (22 Civ. 1580, ECF No. 1) remain HELD IN ABEYANCE.

Dated:     New York, New York
           May 9, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**