UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DE'BEY,<br><br>                              Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC) |
| JOHN DE'BEY,<br><br>                              Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                              Defendants. | CIVIL ACTION NO.: 22 Civ. 1580 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The requested extension filed in the related matters De'Bey v. City of New York, et al., 20 Civ. 1034 (PGG) (SLC) ("De'Bey I") (ECF No. 126) and De'Bey v. City of New York, et al., 22 Civ. 1580 (PGG) (SLC) ("De'Bey II") (ECF No. 33) is GRANTED, and the Court orders as follows:

1. By **June 17, 2022**, the New York City Law Department shall file a further status letter (the "Status Letter") regarding its compliance with the Order of Service entered in De'Bey II (see 22 Civ. 1580, ECF No. 3) and an update as to its representation of any Defendants in that matter. The Status Letter shall be filed in both De'Bey I and De'Bey II;

2. Pending the Court's receipt of the Status Letter, all

    a. All discovery deadlines in De'Bey I (see 20 Civ. 1034, ECF No. 111) remain HELD IN ABEYANCE; and

    b. The deadlines for all Defendants to respond to the Second Amended Complaint in De'Bey I (20 Civ. 1034, ECF No. 62) and the Complaint in De'Bey II (22 Civ. 1580, ECF No. 1) remain HELD IN ABEYANCE.

3. With respect to Mr. De'Bey's letter filed in De'Bey II (ECF No. 30) regarding, inter alia, the mailing address he should list on his forthcoming Amended Complaint and its effect on the Court' jurisdiction, Mr. De'Bey should use the address at which he will promptly receive mail.  The Court notes that its jurisdiction over this matter is not based on the diversity on the parties' citizenship.  Mr. De'Bey is further advised that he should not file the Amended Complaint until the New York City Law Department has fully complied with the Order of Service in De'Bey II (see 22 Civ. 1580, ECF No. 3).

Dated:    New York, New York
            June 6, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**