UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DE'BEY,<br><br>        Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, <u>et al.</u>,<br><br>        Defendants. | CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC) |
| JOHN DE'BEY,<br><br>        Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, <u>et al.</u>,<br><br>        Defendants. | CIVIL ACTION NO.: 22 Civ. 1580 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The requested extension filed in the related matters <u>De'Bey v. City of New York, et al.</u>, 20 Civ. 1034 (PGG) (SLC) ("<u>De'Bey I</u>") (ECF No. 133) and <u>De'Bey v. City of New York, et al.</u>, 22 Civ. 1580 (PGG) (SLC) ("<u>De'Bey II</u>") (ECF No. 45) is GRANTED, and the Court orders as follows:

1. By **July 29, 2022**, the New York City Law Department shall file a further status letter (the "Status Letter") regarding its compliance with the Order of Service entered in <u>De'Bey II</u> (<u>see</u> 22 Civ. 1580, ECF No. 3) and an update as to its representation of any Defendants in that matter. The Status Letter shall be filed in both <u>De'Bey I</u> and <u>De'Bey II</u>;

2. Pending the Court's receipt of the Status Letter, all

   a. All discovery deadlines in <u>De'Bey I</u> (<u>see</u> 20 Civ. 1034, ECF No. 111) remain HELD IN ABEYANCE; and

b. The deadlines for all Defendants to respond to the Second Amended Complaint in De'Bey I (20 Civ. 1034, ECF No. 62) and the Complaint in De'Bey II (22 Civ. 1580, ECF No. 1) remain HELD IN ABEYANCE.

Dated: New York, New York
July 19, 2022

SO ORDERED.

*[Signature: Sarah Cave]*

SARAH L. CAVE
**United States Magistrate Judge**

2