UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                               Plaintiff,

     -v-

THE CITY OF NEW YORK, et al.,

                            Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

JOHN DE'BEY,

                               Plaintiff,

     -v-

THE CITY OF NEW YORK, et al.,

                            Defendants.

CIVIL ACTION NO.: 22 Civ. 1580 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, September 14, 2022, in the related matters De'Bey v. City of New York, et al., 20 Civ. 1034 (PGG) (SLC) ("De'Bey I") and De'Bey v. City of New York, et al., 22 Civ. 1580 (PGG) (SLC) ("De'Bey II"), the Court orders as follows:

1. By **September 21, 2022**, Plaintiff shall file his Amended Complaint in De'Bey II.

2. On receipt of the Amended Complaint, Defendants shall promptly meet and confer and, by **October 12, 2022**, file a joint letter (the "Letter") advising the Court as to how each Defendant intends to respond, i.e., by answer, motion, or otherwise.

3. Pending the Court's receipt of the Letter:

   a. All discovery deadlines in De'Bey I (see 20 Civ. 1034, ECF No. 111) remain HELD IN ABEYANCE; and

b. The deadlines for all Defendants to respond to the Second Amended Complaint in De'Bey I (20 Civ. 1034, ECF No. 62) and the forthcoming Amended Complaint in De'Bey II are HELD IN ABEYANCE.

4. On receipt of the Letter, the Court will instruct the parties as to future case deadlines.

Dated:     New York, New York
           September 14, 2022

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**