UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DE'BEY,<br><br>                  Plaintiff,<br>-v-<br><br>THE CITY OF NEW YORK, et al.,<br><br>                  Defendants. | CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC) |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of Mr. De'Bey's withdrawal of all claims asserted in De'Bey v. City of New York, et al., 22 Civ. 1580 (PGG) (SLC), the parties are directed to promptly meet and confer and, by **November 4, 2022**, file a joint letter (the "Letter") with proposed next steps for proceeding in this action. If appropriate, the Letter shall include proposed deadlines for Defendants to respond to the Second Amended Complaint and for the completion of any remaining discovery.

Dated:      New York, New York
              October 26, 2022

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**