UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                     Plaintiff,

-v-                                     CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

THE CITY OF NEW YORK, et al.,

                     Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request at ECF No. 140 is GRANTED, their proposed schedule is ADOPTED, and the Court orders as follows:

1. By **December 5, 2022**, Defendants shall file their answer to the Second Amended Complaint.

2. All discovery shall be completed by **January 19, 2023**.

3. By **January 26, 2023**, the parties shall file a joint letter certifying the completion of discovery and advising whether they wish for the Court to conduct a settlement conference.

Dated:      New York, New York
              November 7, 2022

                                                        SO ORDERED.

                                                          */s/ Sarah L. Cave*
                                                       **SARAH L. CAVE**
                                                       **United States Magistrate Judge**