UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                                        Plaintiff,

        -v-

THE CITY OF NEW YORK, MUBANGA NSOFU,
MARSHA WEEKES, STEPHANIE EIEL, OFFICER
CASTELLANO, NEW YORK CITY HEALTH AND
HOSPITALS CORPORATION, and CONRAD
SEIVWRIGHT,

                                        Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 157) for an extension of time to file his motion for summary judgment (the "Motion") and for Defendants to file their cross-motion for summary judgment (the "Cross-Motion") is GRANTED, the Courts orders as follows:

1. Plaintiff shall file the Motion by **July 21, 2023**.

2. Defendants shall file the Cross-Motion and their opposition to the Motion by **September 5, 2023**.

3. Plaintiff shall file his reply, if any, in support of the Motion and his opposition to the Cross-Motion by **October 19, 2023**.

4. Defendants shall file their reply, if any, by **November 2, 2023**.

Dated:       New York, New York
             July 7, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**