UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                    Plaintiff,

-v-

THE CITY OF NEW YORK, MUBANGA NSOFU, MARSHA WEEKES, STEPHANIE EIEL, OFFICER CASTELLANO, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and CONRAD SEIVWRIGHT,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request (ECF No. 159) for an extension of time to file his motion for summary judgment (the "Motion") and for Defendants to file their cross-motion for summary judgment (the "Cross-Motion") is GRANTED, the Courts orders as follows:

1. Plaintiff shall file the Motion by **August 4, 2023**.

2. Defendants shall file the Cross-Motion and their opposition to the Motion by **September 19, 2023**.

3. Plaintiff shall file his reply, if any, in support of the Motion and his opposition to the Cross-Motion by **November 2, 2023**.

4. Defendants shall file their reply, if any, by **November 16, 2023**.

Dated:     New York, New York
             July 24, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**