UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

               Plaintiff,

-v-

THE CITY OF NEW YORK, MUBANGA NSOFU, MARSHA WEEKES, STEPHANIE EIEL, OFFICER CASTELLANO, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and CONRAD SEIVWRIGHT,

               Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pro se Plaintiff John De'Bey ("Mr. De'Bey") has submitted to the Court for docketing his motion for summary judgment, including twelve exhibits, labelled "Exhibit A" through "Exhibit L" (the "Exhibits"). Mr. De'Bey also requests to file under seal exhibits A, B, F, G, and J. (ECF No. 161 (the "Request)).

Based on Mr. De'Bey's representations in the Request as to the content of those exhibits, the Request is GRANTED. The Court is unable, however, to open the Exhibits because Mr. De'Bey submitted them through third-party file-share system. Accordingly, Mr. De'Bey shall promptly re-submit all Exhibits through the Court's file-share system. The Court will email Mr. De'Bey with instructions for doing so. Once the Court receives the Exhibits, it will upload them to the docket. At that time, the Clerk of Court shall make Exhibits A, B, F, G, and J available only to the case participants.

Dated:    New York, New York
             August 8, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**