UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                    Plaintiff,

-v-

THE CITY OF NEW YORK, MUBANGA NSOFU, MARSHA WEEKES, STEPHANIE EIEL, OFFICER CASTELLANO, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and CONRAD SEIVWRIGHT,

                    Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request (ECF No. 170 (the "Request")) for a second extension of time to file their opposition to Plaintiff's motion for summary judgment (the "Motion") and their cross-motion for summary judgment (the "Cross-Motion") is GRANTED, the Courts orders as follows:

1. Defendants shall file the Cross-Motion and their opposition to the Motion by **November 20, 2023**.

2. Plaintiff shall file his reply, if any, in support of the Motion and his opposition to the Cross-Motion by **January 3, 2024**.

3. Defendants shall file their reply, if any, by **January 17, 2024**.

The Court notes that, for the second time, Defendants' Request comes after the close of business on the filing deadline.  While Defendants cite certain "recent emergent obligations in other matters" as a secondary basis for the Request, the primary basis, i.e., "difficulties arranging contact with the various individual defendants in this action and the drafting of supporting papers with their assistance," is an issue that Defendants presumably were aware of in advance of the

filing deadline. (ECF No. 70 at 1). Given the significant time the Court has already granted Defendants to file the Cross-Motion, no further extensions will be granted.

The Clerk of Court is respectfully directed to close ECF No. 170.

Dated:     New York, New York
           October 20, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**