UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                  Plaintiff,

-v-

THE CITY OF NEW YORK, MUBANGA NSOFU, MARSHA WEEKES, STEPHANIE EIEL, OFFICER CASTELLANO, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and CONRAD SEIVWRIGHT,

                  Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Plaintiff's request at ECF No. 187 is GRANTED, and the Court orders as follows:

1. By **January 10, 2024**, Plaintiff shall file his reply in further support his motion for summary judgment and his opposition to Defendants' cross-motion for summary judgment (the "Cross-Motion").

2. By **January 24, 2024**, Defendants shall file their reply, if any, in further support of the Cross-Motion.

Dated:     New York, New York
            January 4, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**