UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                        Plaintiff,

-v-

THE CITY OF NEW YORK, MUBANGA NSOFU, MARSHA WEEKES, STEPHANIE EIEL, OFFICER CASTELLANO, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and CONRAD SEIVWRIGHT,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 20, 2023, counsel for Defendants filed a declaration in support of Defendants' cross motion for summary judgment (ECF No. 174) and in opposition to Plaintiff's motion for summary judgment (ECF No. 162). (ECF No. 175 (the "Declaration")). Counsel purported to annex seven (7) exhibits to the Declaration. (See ECF No. 175 – 175-7). Exhibits 5 through 7, however, contain only cover pages and do not include the referenced exhibits (the "Omitted Exhibits")). (See ECF Nos. 175-5 – 175-7). Accordingly, by **February 20, 2024**, Defendants shall file the Omitted Exhibits.

Dated:      New York, New York
              February 16, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**