UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                     Plaintiff,

-v-

THE CITY OF NEW YORK, MUBANGA NSOFU, MARSHA WEEKES, STEPHANIE EIEL, OFFICER CASTELLANO, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and CONRAD SEIVWRIGHT,

                     Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request to file under seal the documents at ECF Nos. 175 – 175-7 and 200 – 200-7—which include, <u>inter alia</u>, New York City Administration for Children's Services records recounting the investigation concerning Plaintiff's children, filings in the Family Court or records closely related to those filings, including petitions, removal orders, transcripts, and orders of production[,]" many of which "recount medical information received from personnel at Mt. Sinai Hospital relating to one of Plaintiff's children"—is GRANTED. (ECF No. 173 at 2–3). The documents at ECF Nos. 175 – 175-7 and 200 – 200-7 shall remain available only to the case participants.

The Clerk of Court is respectfully directed to close ECF No. 173.

Dated:      New York, New York
             February 23, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**