

**T**HE **C**ITY OF **N**EW **Y**ORK
**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DAVID S. THAYER**
*Assistant Corporation Counsel*
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

April 4, 2024

***Via ECF***

The Honorable Paul G. Gardephe
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*[signature]*

**Paul G. Gardephe, U.S.D.J.**

Dated:  April 8, 2024

Re:  <u>De'Bey v. City of New York, *et al.*</u>, No. 20 CV

Dear Judge Gardephe:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, the Honorable Sylvia O. Hinds-Radix, attorney for Defendants City of New York, Mubanga Nsofu, Marsha Weekes, Stephanie Eiel, Officer Castellano, and Conrad Seivwright (collectively, "Defendants") in the above-referenced action. With Plaintiff's consent, I write to respectfully request a 2-week extension of the parties' time to submit objections to the February 23, 2024 Report and Recommendation ("R&R") of the Honorable Sarah L. Cave with respect to the parties' cross motions for summary judgment.

This extension is requested due to an unexpected personal matter that has arisen and that has caused me to be regularly out of the office in the past couple of weeks, as well as urgent professional obligations in other cases which were just transferred to me for handling as a result of the recent departure of a colleague.

The parties' present deadline to file their objections is April 8, 2024. The requested 2-week extension would move this deadline to April 22, 2024. This is Defendants' second request for an extension of the time by which the parties must file objections to Magistrate Judge Cave's R&R, the first having been granted on March 7, 2024, (ECF No. 207). As noted, Plaintiff has graciously consented to this application.

2

I thank the Court for its consideration of this application.

Respectfully yours,

/s/ David S. Thayer

David S. Thayer


cc:  ***Via ECF***
John De'Bey
*Plaintiff pro se*