UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                Plaintiff,

-v-

THE CITY OF NEW YORK, MUBANGA NSOFU, MARSHA WEEKES, STEPHANIE EIEL, OFFICER CASTELLANO, NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, and CONRAD SEIVWRIGHT,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 1034 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties shall promptly meet and confer and, by **May 9, 2024**, file a joint letter advising whether they request a settlement conference with the Court.

Dated:    New York, New York
            April 25, 2024

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**