UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN DE'BEY,

                        Plaintiff,

-v-

THE CITY OF NEW YORK, et al.,

                        Defendants.

CIVIL ACTION NO. 20 Civ. 1034 (PGG) (SLC)

**SECOND AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request (ECF No. 223) to adjourn the settlement conference scheduled for July 3, 2024 is GRANTED, and the settlement conference is ADJOURNED to **Monday, July 29, 2024 at 2:00 pm** and will take place in person, in Courtroom 18A, 500 Pearl Street, New York, New York. Any participant requesting permission to bring an electronic device (e.g., cellphone, laptop, tablet) into the Courthouse must email to Chambers (Cave_NYSDChambers@nysd.uscourts.gov) a completed Electronic Device Order form no later than four (4) business days before the conference. The Electronic Device Order form is available on the Court's website at https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

The Court's Standing Order Applicable to Settlement Conferences Before Magistrate Judge Cave (ECF No. 220 at 4–6) remains in effect. The submission required of Defendants by paragraph 4 of the Standing Order shall be emailed to Chambers (cave_nysdchambers@nysd.uscourts.gov) and Plaintiff John De'Bey by **July 22, 2024**. Mr. De'Bey is encouraged to reply to that email by **July 25, 2024** with a letter explaining why the case should

settle for the amount requested. The parties are reminded to include the Attendance Acknowledgement form annexed to this Order.

The Clerk of Court is respectfully directed to close ECF No. 223.

Dated:   New York, New York
         June 20, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I am or represent the ☐ Plaintiff ☐ Defendants

☐ I acknowledge that I am attending a settlement conference **in Courtroom 18A at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, NY 10007** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

☐ I have obtained permission from the Court to allow the following individual(s) who live(s) more than 100 miles from New York City to participate in the conference by telephone.

Name and title:

_____
_____
_____

_____                    _____
Signature                                          Date

_____
Name (print)