UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

JOHN DE'BEY,

                            *Plaintiff*,

      -against-

CITY OF NEW YORK, *et al.*,

                            *Defendants.*

**STIPULATION AND ORDER OF DISMISSAL**

No. 20 CV 1034 (PGG)(SLC)

------------------------------------------------------------------- x

      **WHEREAS**, on or about February 6, 2020, Plaintiff John Kwatakye Atiko ("Plaintiff"), formerly known as John De'Bey, commenced this action by filing a complaint, alleging that Defendants City of New York, Conrad Seivwright, Stephanie Eiel, Michael Castellano, Marsha Weekes, and Mubanga Nsofu (collectively, "Defendants"), as well as certain other defendants who have since been dismissed from this action, violated Plaintiff's civil rights;

      **WHEREAS**, the presently operative complaint in this action is the Second Amended Complaint, (ECF No. 62), filed on November 12, 2020;

      **WHEREAS**, Defendants and Plaintiff ("the Parties") have reached a settlement agreement and now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through the undersigned, as follows:

1. This action is hereby dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and in accordance with the terms of the Stipulation of Settlement, dated July 31, 2024, and executed by the parties after a settlement conference before the Honorable Sarah L. Cave.

2. Notwithstanding the dismissal of this action in accordance with the aforementioned Stipulation, this Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the agreement reached by the Parties and set forth in the aforementioned Stipulation of Settlement, dated July 31, 2024, in this action.

Dated:   August _1_, 2024
         New York, New York

**JOHN KWATAKYE ATIKO**
*Plaintiff pro se*
403 Summit Ave #2B
Jersey City, NJ 07306
e: johndebey@aol.com

_____
JOHN KWATAKYE ATIKO

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street
New York, NY 10007
t: (212) 356-2649
f: (212) 356-1148
e: dthayer@law.nyc.gov

By: _____
    DAVID S. THAYER
    *Assistant Corporation Counsel*

It is **SO ORDERED** this __5th__ day of ____August____, 2024.

_____
PAUL G. GARDEPHE
United States District Judge